

*Tri-State Paper Co.*
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*



# Statement

*Page 1 of 1*

*24-Jan-2024*

**Customer**

LUCIANO'S PIZZERIA RISTORANTE
112 WEST RIDGE PIKE

LIMERICK, PA  19468

| Account# | Total Due | Current |
|---|---|---|
| LUCIA100 | $2,149.34 | $0.00 |

| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
|---|---|---|---|---|
| $0.00 | $0.00 | $611.75 | $664.54 | $873.05 |

| *Invoice* | *Invoice Date* | *Due Date* | *Type* | *Invoice Amt* | *Amount Due* | *Status* | *P.O. Number* |
|---|---|---|---|---|---|---|---|
| 2033482 | 14-Sep-23 | **14-Sep-23** | IN | $873.05 | **$873.05** | Delinquent | |
| 2033825 | 6-Oct-23 | **6-Oct-23** | IN | $664.54 | **$664.54** | Delinquent | |
| 2033982 | 26-Oct-23 | **26-Oct-23** | IN | $611.75 | **$611.75** | Delinquent | |